UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAMION NEVILLS, JR.,

      Plaintiff,

v.

OKPA, et al.,

      Defendants.

_____/

Case No. 24-cv-10485
HON. MARK A. GOLDSMITH

**ORDER**
**(1) ACCEPTING THE RECOMMENDATION CONTAINED IN THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED May 20, 2026 (Dkt. 53) and (2) DENYING DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION (Dkt. 44)**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Patricia T. Morris, issued on May 20, 2026 (Dkt. 53). In the R&R, the Magistrate Judge recommends that the Court deny Defendants' motion for summary judgment on the basis of exhaustion (Dkt. 44).

The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right to further judicial review. See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Smith v. Detroit Fed'n of Teachers, 829 F.2d 1370, 1373-1374  (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); Cephas v. Nash, 328 F.3d 98, 108 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or

omission in a magistrate judge's report waives further judicial review of the point."); <u>Lardie v. Birkett</u>, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the parts of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard.").  However, there is some authority that a district court is required to review the R&R for clear error. <u>See</u> Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  Therefore, the Court has reviewed the R&R for clear error.  On the face of the record, the Court finds no clear error and accepts the recommendation.

Accordingly, the Court denies the motion and adopts the R&R.[1]

**SO ORDERED.**

Dated: June 10, 2026  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 10, 2026.

s/Joseph Heacox  
JOSEPH HEACOX  
Case Manager

---

[1] In the same Order, the Magistrate Judge denied Plaintiff's motion for discovery.  <u>See</u> Mot. for Discovery. (Dkt. 50.)  No objections were filed as to that Order under Rule 72(a).